

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2019

No. 04-19-00646-CV

**IN THE INTEREST OF N.A.V. ET AL., CHILDREN**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-00244
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellants' parental rights which must be disposed of by this court within 180 days of the date the notices of appeal are filed. TEX. R. JUD. ADMIN. 6.2. The appellants' briefs were due on October 23, 2019, and both of them have filed motions requesting a 20 day extension of time until November 12, 2019 to file their briefs.

After consideration, we **GRANT** the motions and **ORDER** the briefs due **by November 12, 2019**. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk